■ SALVATORE J. LICARI, Also Known as SAM LICARI, et al., Respondents, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. [945 NYS2d 904]—Appeal from a judgment

(denominated order) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered April 6, 2011 in a breach of contract action. The judgment, among other things, denied defendant's motion for summary judgment dismissing plaintiffs' complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.